THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

VICTOR A. CHANEY,

    Plaintiff,

v.                                Case No._____
                                                JURY DEMANDED

FLEXTRONICS LOGISTICS USA, INC.,
FLEXTRONICS INTERNATIONAL USA, INC.,
FLEXTRONICS INTERNATIONAL PA, INC., and
FLEXTRONICS AMERICA, LLC.

    Defendants.

## COMPLAINT

Plaintiff Victor A. Chaney brings this cause of action against the Defendants for compensatory and punitive damages arising from sex and retaliation discrimination and would show this Honorable Court and a jury of his peers the following:

### Parties, Jurisdiction, and Venue

1. Defendant Flextronics Logistics USA, Inc.— a California Corporation doing business in Tennessee at 6380 Holmes Road, Memphis, Tennessee— is a company that provides post manufacturing supply chain logistics services. Flextronics Logistics USA, Inc. may be served via its Registered Agent for Service of Process CT Corporation System, 800 South Gay Street, Suite 2021, Knoxville, TN 37929. Flextronics Logistics USA, Inc. employs the requisite number of

1

employees for coverage under Title VII of the Civil Rights Act. At all times relevant hereto, Flextronics Logistics USA, Inc. was the employer of the Plaintiff.

2. Defendant Flextronics International USA, Inc.— a California Corporation doing business in Tennessee at 6380 Holmes Road, Memphis, Tennessee— is a company that provides post manufacturing supply chain logistics services. Flextronics International USA, Inc. may be served via its Registered Agent for Service of Process CT Corporation System, 800 South Gay Street, Suite 2021, Knoxville, TN 37929. Flextronics International USA, Inc. employs the requisite number of employees for coverage under Title VII of the Civil Rights Act. At all times relevant hereto, Flextronics International USA, Inc. was the employer of the Plaintiff.

3. Defendant Flextronics International PA, Inc.— a California Corporation doing business in Tennessee at 6380 Holmes Road, Memphis, Tennessee— is a company that provides post manufacturing supply chain logistics services. Flextronics International PA, Inc. may be served via its Registered Agent for Service of Process CT Corporation System, 800 South Gay Street, Suite 2021, Knoxville, TN 37929. Flextronics International PA, Inc. employs the requisite number of employees for coverage under Title VII of the Civil Rights Act. At all times relevant hereto, Flextronics International PA, Inc. was the employer of the Plaintiff.

4. Defendant Flextronics America, LLC— a California Corporation doing business

in Tennessee at 6380 Holmes Road, Memphis, Tennessee— is a company that provides post manufacturing supply chain logistics services. Flextronics America, LLC may be served via its Registered Agent for Service of Process CT Corporation System, 800 South Gay Street, Suite 2021, Knoxville, TN 37929. Flextronics America, LLC employs the requisite number of employees for coverage under Title VII of the Civil Rights Act. At all times relevant hereto, Flextronics America, LLC was the employer of the Plaintiff.

5. Plaintiff Victor A. Chaney ("Chaney") is a resident of Shelby County, Tennessee, and resides at 6605 Red Birch, Memphis, Tennessee 38115.

6. The acts upon which this lawsuit are based arose in Shelby County, Tennessee, and Flextronics's office is located within this County, making venue proper in this Court.

7. Jurisdiction is proper under 28 U.S.C. § 1331 and Title VII of Civil Rights Act, 42 U.S.C. §2000e-5, *et seq.*

8. Chaney submitted a Charge of Discrimination to the EEOC, received a Right to Sue, and filed this action within 90 days of receiving her Right to Sue. A copy of the "Right to Sue" is attached hereto as Exhibit A.

### Facts

9. Chaney is an African-American male.

10. Chaney became an employee of Flextronics Logistics USA, Inc., Flextronics International USA, Inc., Flextronics International PA, Inc., and Flextronics

America, LLC (collectively "Flextronics" or "Defendants") on or about March 2006 as a material handler.

11. During Mr. Chaney's tenure with Flextronics, he noted preferential treatment of female employees by Flextronics management.

12. Flextronics allowed female employees that were similarly-situated to Mr. Chaney to take extended breaks off the clock, make numerous mistakes without discipline or reprimand, and perform easier assignments.

13. One particular Flextronics female employee, Ms. Teresa Jones, was shown disparate treatment and favoritism by Flextronics managers and was allowed to take extended breaks without clocking in and out, made numerous mistakes without discipline or reprimand, and was given easier assignments.

14. Mr. Chaney reported this disparate treatment and favoritism toward female employees to Flextronics management on or about December 3, 2010.

15. Flextronics conducted an investigation, but no corrective action was taken and the disparate and discriminatory treatment continued.

16. Flextronics terminated Mr. Chaney's employment on December 22, 2010, less than 20 days after his discrimination reporting to Flextronics.

17. Upon information and belief, Flextronics replaced Mr. Chaney with a female employee.

18. Upon information and belief, Flextronics pays its female employee less money to perform the same duties as Mr. Chaney.

19. Upon information and belief, Flextronics consistently terminated and replaced male employees with female employees in Mr. Chaney's employment position in his department.

20. Flextronics's termination was pretext for Flextronics's true motivation, which was discrimination based on Chaney's sex, in retaliation for his report of sex discrimination, and in furtherance of the hostile work environment for male employees at Flextronics.

## Causes of Actions

21. Flextronics committed discrimination against Chaney when it terminated him on the basis of sex, Male, in violation of Title VII of the Civil Rights Act.

22. Flextronics committed retaliation by discriminating against Chaney when he reported acts of discrimination in violation of Title VII of the Civil Rights Act

23. Flextronics discriminated against Chaney when it created a hostile work environment in violation of Title VII of the Civil Rights Act when Flextronics supervisors gave preferential treatment to female employees including extended work breaks, no reprimands or discipline for mistakes, and easier job assignments.

24. Flextronics discriminated against Chaney when it created a hostile work environment in violation of Title VII of the Civil Rights Act when Flextronics engaged in a pattern of consistently terminating and replacing similarly-situated

male employees with female employees.

25. As a result of these violations, Chaney seeks recovery for back pay, front pay, emotional distress, reinstatement, all benefits incident to employment, punitive damages, attorney's fees, interests, and costs.

WHEREFORE, PREMISES CONSIDERED, Chaney prays the Court will enter a judgment against Defendants for the relief set forth herein including all compensatory damages available, equitable relief available, liquidated damages, punitive damages, attorney fees, interest, cost, and any further specific or general relief that the Plaintiff shows himself to be justly entitled.

RESPECTFULLY SUBMITTED this the _____ day of _____, 2011.

LAW OFFICE OF J. HOUSTON GORDON

BY: _/ William A. Wooten/_____
WILLIAM A. WOOTEN (#026674)
KEISHA M. RICHARDSON (#026492)
Attorneys for Plaintiff
P. O. Box 846
Suite 300, Hotel Lindo Bldg.
114 W. Liberty Avenue
Covington, TN 38019-0846
(901) 476-7100/Telephone
(901) 476-3537/Facsimile

We acknowledge ourselves as sureties for the costs of this cause not to exceed One Thousand Dollars ($1,000.00).

/William A. Wooten/
_____

LAW OFFICE OF J. HOUSTON GORDON