UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| **VICTOR A. CHANEY** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | **CASE NO: 11-2916-STA-dkv** |
| **FLEXTRONICS LOGISTICS USA, INC.; FLEXTRONICS INTERNATIONAL USA, INC.; FLEXTRONICS INTERNATIONAL PA, INC.; and FLEXTRONICS AMERICA, LLC** | |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation of Dismissal with Prejudice entered on April 17, 2012, this cause is hereby dismissed with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 4/18/2012

                                            THOMAS M. GOULD
                                            **Clerk of Court**

                                            s/Terry L. Haley
                                            **(By)   Deputy Clerk**